## UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: PLAVIX MARKETING, SALES PRACTICES**
**AND PRODUCTS LIABILITY LITIGATION (NO. II)**

| | | |
|---|---|---|
| State of West Virginia ex rel. Darrell V. McGraw, Jr., | ) | |
| Attorney General v. Bristol-Myers Squibb Company, et al.; | ) | MDL No.2418 |
| N.D. West Virginia, Case No. 5:13-00013 | ) | |

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*State of West Virginia*) on February 20, 2013. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *State of West Virginia* filed a notice of opposition to the proposed transfer. Plaintiff now informs the Panel that it withdraws it's opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-2" filed on February 20, 2013, is LIFTED insofar as it relates to this action. The action is transferred to the District of New Jersey for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Freda L. Wolfson.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel