RECEIVED

NOV 2 4 2014

AT 8:30 M
WILLIAM T WALSH CLERK

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: PLAVIX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION (NO. II) | MDL No. 2418 |
| This Document Relates to:<br><br>_THOMAS ADAMS et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BRISTOL-MYERS SQUIBB COMPANY, SANOFI-AVENTIS U.S. LLC, SANOFI US SERVICES INC, formerly known as SANOFI-AVENTIS U.S. INC. and SANOFI-SYNTHELABO INC.,<br><br>Defendants. | Civil Action No. 14-6872(FLW)<br><br>**STIPULATION & PROPOSED ORDER** |

WHEREAS, Plaintiffs filed the above-captioned "bundled" action consisting of 276 Plaintiffs on October 31, 2014 pursuant to CMO #2 (No 13-cv-2418, ECF No. 110);

WHEREAS, this Court held a teleconference on November 10, 2014 and subsequently issued an order: (a) striking the bundling procedure in CMO #2; (b) striking the above-captioned Complaint; and (c) ordering the re-filing of single-plaintiff complaints by the above-captioned Plaintiffs within 30 days of the Order (No 13-cv-2418, ECF. No. 114);

WHEREAS, Plaintiffs have requested that Defendants agree to a sixty (60) day extension of the deadline for re-filing single-Plaintiff complaints;

WHEREAS, Plaintiffs' counsel have informed Defendants' counsel that they are reviewing their inventory of cases, contacting their clients, and may elect to dismiss the claims of certain of the Plaintiffs so as to avoid unnecessary filings and conserve resources;

WHEREAS, the Plaintiffs subject to this stipulation have not been selected for the Discovery Pool under CMO #2 and accordingly the extension sought will not unduly delay the progress of discovery in these cases;

WHEREAS, in the interests of encouraging Plaintiffs to further review their inventory and dismiss cases they do not wish to pursue, and subject to the Court's approval, Defendants are agreeable to the extension sought herein;

NOW THEN, it is hereby agreed and stipulated between the above-captioned Plaintiffs and Defendants by and through undersigned counsel of record, as follows:

1. Subject to approval from the Court, the deadline to re-file single-plaintiff complaints in the above-captioned action is hereby extended an additional 60 days to February 9, 2015:
    a. Such complaints must be re-filed, if at all, directly in *In re: Plavix Marketing, Sales Practices, & Products Liability Litigation (No. II)*, MDL No. 2418 (D.N.J.) ("the Plavix® MDL");
    b. Any complaints of the above-captioned Plaintiffs which are directly re-filed in the Plavix® MDL by February 9, 2015, shall relate back to that Plaintiff's October 31, 2014 date of filing for statute of limitation purposes, provided he or she adds no new parties or claims (except for timely substitution of an administrator or personal representative in the event that a Plaintiff has died and addition of a wrongful death claim for such claimant).
2. If Plaintiffs' counsel does not re-file a complaint on behalf of any above-captioned Plaintiff by February 9, 2015, all claims of such Plaintiff shall be deemed dismissed without prejudice. Plaintiff's counsel shall withdraw from representing that Plaintiff, and shall not retain any financial interest in the dismissed Plaintiff's claims.

The Parties hereby stipulate and agree to the provisions above, on this 21 day of November, 2014.

**SO STIPULATED AND AGREED:**

DANIEL S. PARISER
daniel.pariser@aporter.com
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004
Telephone No. (202) 942-5000
Fax No. (202) 942-5999

*Attorneys for Defendants Bristol-Myers Squibb Company, Sanofi-Aventis U.S. LLC, Sanofi US Services Inc., and Sanofi-Synthelabo Inc.*

ROBERT L. SALIM
Skeeter@cp-tel.net
BARRETT BEASLEY
bbeasley@salim-beasley.com
SALIM & BEASLEY LLC
1901 Texas Street
Natchitoches, LA 71457
Telephone No. (318) 354-1818

*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

Dated: 11/24/14

Honorable Freda L. Wolfson